AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
## District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JIMMY AUGUSTO RESTREPO | ) Case No: | 3:99CR85(EBB) |
| | ) USM No: | 54289-053 |
| Date of Original Judgment: 10/26/2001 | ) | |
| Date of Previous Amended Judgment: 02/02/2006 | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ **DENIED.**  ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  293  months **is reduced to**  235 MONTHS  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  10/26/2001  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  12/19/14

/s/
Judge's signature

Effective Date: November 1, 2015
*(if different from order date)*

ELLEN BREE BURNS S.U.S.D.J.
*Printed name and title*